# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of, | : No. 2256 Disciplinary Docket No. 3 |
| | : |
| STEPHEN HAROLD LANKENAU a/k/a S. | : Board File No. C1-16-171 |
| HAROLD LANKENAU | : |
| | : Attorney Registration No. 162055 |
| | : |
| | : (Out of State) |
| | : |
| | : |
| | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 1st day of April, 2016, the Joint Petition to Temporarily Suspend an Attorney is granted, Stephen Harold Lankenau a/k/a S. Harold Lankenau is placed on temporary suspension, *see* Pa.R.D.E. 208(f), and he shall comply with all the provisions of Pa.R.D.E. 217.

This Order constitutes an imposition of public discipline within the meaning of Pa.R.D.E. 402, pertaining to confidentiality.